1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERI A. LEPELTAK, | No.  2:20-cv-01503 CKD |
| Plaintiff, | |
| v. | ORDER |
| ANDREW M. SAUL,<br>Commissioner of Social Security, | |
| Defendant. | |

Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them.  Accordingly, the request to proceed in forma pauperis will be granted.  28 U.S.C. § 1915(a).

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff's request to proceed in forma pauperis (ECF No. 2) is granted.

2.  The Clerk of the Court is further directed to serve a copy of this order on the United States Marshal.

3.  Within fourteen days from the date of this order, plaintiff shall submit to the United States Marshal a completed summons and copies of the complaint and to file a statement with the court that said documents have been submitted to the United States Marshal.

1

1      4.  The United States Marshal is directed to serve all process without prepayment of costs

2 not later than sixty days from the date of this order.  Service of process shall be completed by

3 delivering a copy of the summons and complaint to the United States Attorney for the Eastern

4 District of California, and by sending a copy of the summons and complaint by registered or

5 certified mail to the Attorney General of the United States at Washington, D.C.  <u>See</u> Fed. R. Civ.

6 P. 4(i)(1)(A) & (B).  The Marshal shall also send a copy of the summons and complaint by

7 registered or certified mail to the Commissioner of Social Security, c/o Office of the General

8 Counsel, Region IX, 160 Spear Street, Suite 800, San Francisco, CA   94105-1545.  <u>See</u> Fed. R.

9 Civ. P. 4(i)(2).

10      5. The parties are hereby notified that, <u>after service of the complaint, this action will be

11 stayed pursuant to General Order Number 615</u>, and there will be no scheduling order or deadlines

12 in effect pending further order of the court.  <u>See</u> E.D. Cal. G.O. No. 615, Paragraphs 6,10.

13      6.  The Clerk is directed to issue the Consent/Decline forms only.  Pursuant to General

14 Order Number 615, no Briefing Schedule shall issue.

15 Dated:  July 29, 2020

16 _____

17 CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22 2/lepeltak1503.ss.ifp_stay

23

24

25

26

27

28

2